# APPENDIX # 6

**SMITH REQUEST FOR RE-CONSIDERATION FOR ISSUANCE OF SUBPONEAS TO JUDGE JAMIE AMDERSON**

12-10-2024

JAMIE ANDERSON

DISTRICT JUDGE

HENNEPIN COUNTY DISTRICT COURT

FOURTH JUFICIAL DISTRICT

300 SOUTH SIX STREET

MINNEAPOLIS, MINNESOTA 55487-0332

RE: SMITH V. ALLSTATE, ET. AL.

CIVIL FILE NUMBER 27-CV. 23-19463

Dear Judge Anderson,

I am in receipt of your order denying my request for waiver to appeal in forma pauperis.

Please be advised that when filling out the waiver form I made a mistake in selecting the block SSI which I thought at the time regarded my social security since it was the only block on the form close to such a selection. I advised the district court that my medical doctor Paul Anderson has filed on my behalf with Allstate and Hartford Insurance for me to receive disability benefits which has not been acted upon by defendants. It was this situation I was thinking about when I also selected the SSI block. But as I said nothing has occurred on this matter.

I further advised the district court that I have not formally applied for MSA but rather have the forms to apply for such program. Again all of this is new to me and I was not sure whether or not to answer that block since I was considering filling for this relief in the near future

In view of the foregoing I request the district court to re-consider my request for waiver to appeal in forma pauperis and issue an order accordingly.

I trust that you will acknowledge receipt of this correspondence at your earliest convenience. Thanking you in advance for your time and consideration in this matter of mutual concern.

Respectfully submitted,

*J Smith*

Jerry Smith

915 11th Avenue South #5

Hopkins, Minnesota 55343    CC: C

6 A

**State of Minnesota**                                **District Court**

County of: Hennepin                      Court File Number: 27-CV-23-19463

Judicial District: Fourth                    Case Type: Civil

Jerry Smith,

v

Allstate Insurance, et al.

## Order Denying Reconsideration of Denial of Fee Waiver in the Court of Appeals

Minn. Stat. § 563.01 & Minn. R. App. P. 109

---

## Order Denying Fee Waiver Request

The applicant filed a letter on December 12, 2024, in which he states that he has filed for disability benefits, but has not yet been approved for such benefits. Further, he also states he has "not formally applied for MSA" and therefore has not been found eligible. He asks the court to reconsider its decision denying the fee waiver, however, he gives the Court none of the additional information needed in order to make the findings necessary to find him eligible for a fee waiver. The applicant also filed a "Request for Order Granting Transcripts an [sic] Order to Appeal In Forma Pauperis" on December 17, 2024, but, again, the filing does not include the documentation needed in order for the Court to grant a fee waiver.

**IT IS ORDERED THAT:** The applicant's request for reconsideration is denied. If the most recent filings are a renewed application for a fee waiver in the Court of Appeals, the application must be **DENIED**.

BY THE COURT:

*[signature]*      12/23/2024

Judge of District Court      Date

6 B

Page **1** of **1**

In the District Court of Hennepin County 4th Judicial
District for The State of Minnesota

2024 DEC 17 P 1:16

Jerry Smith

    Plaintiff

Vs.                 **Case No. 27-Civ. 23-19463**

Allstate Insurance, et. al.,

    Defendants

## REQUEST FOR ORDER GRANTING TRANSCRIPTS
## AN ORDER TO APPEAL IN FORMA PAUPERIS

Comes now Jerry Smith and moves the Distract Court for an Order granting Smith copies of hearing transcripts of proceedings dated July 15, 2024, September 3, 2024 and October 1, 2024 concerning the matters in the case sub judice, In support

-1-

6C

hereof Smith states and allege to-wit:

1. On December 28, 2023, the district court entered an order in this case authorizing Smith to proceed as an indigent person to prosecute his case,

2. Smith has filed a new financial statement pending with the district court requesting forma pauperis status to perfect his appeal to Minnesota Appellate Ct.

3. On July 15, 2024, September 3, 2024 and October 1, 20240, the district court conducted hearing which were transcribed by a court reporter in the instant case.

4. On October 23, 2024 an November 6, 2024, the district court denied Smith's request for a TRO and graned Defendant Express Employment Professionals and Karen Elfstrand request to dismiss Smith's complaints.

5. On December 9th, 2024, Smith filed his Notice of Appeal.     -2-

6. Smith states copies of the transcripts are needed by Smith to assist and aid Smith in marshalling and prosecute his appeal before the Minnesota Court of Appeals.
7. Smith further request the district court to certify Smith as an indigent person and enter an order allowing Smith to perfect and prosecute his appeal as an indigent person based on Smith's continuous status as an indigent person.

## CONCLUSION

WHEREFIRE FOR THE REASONS SET FORTH ABOVE SMITH RESOECTFUKKY REQUEST THE DUSTRICT COURT TO GRANT SMITH'S REQUESTS BASED ON GOOD CAUSE STATED HEREIN, IN THE INTEREST OF JUSTICE AND EQUITABLE RELIEF.

*J Smith*

Jerry Smith

600 West 93rd Street

Bloomington, Minnesota

55420

-4-